UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-1522 _____ as

☑ Retained ☐ Court-appointed(CJA) ☐ Court-assigned(non-CJA) ☐ Federal Defender ☐ Pro Bono ☐ Government

COUNSEL FOR: Southern Appalachian Mountain Stewards, Sierra Club,

and Appalachian Voices _____ as the
                          (party name)

☑ appellant(s) ☐ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s)

/s/ Isak. J. Howell
          (signature)

Isak. J. Howell                           540-998-7744
Name (printed or typed)                   Voice Phone

Appalachian Mountain Advocates            304-645-9008
Firm Name (if applicable)                 Fax Number

PO Box 507

Lewisburg, WV 24901                       isak@howell-lawoffice.com
Address                                   E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on June 2, 2015 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Isak J. Howell                        June 2, 2015
        Signature                              Date

05/07/2014
SCC